# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETT HERNANDEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAVIER CAVAZOS, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 10-1539 SVW (JCG)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: April 29, 2013

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE